**Mark DAVID, a Division of Baker, Knapp, & Tubbs, Inc., Plaintiff–Appellant**

**MGM Resorts International Design, Metropolis Manufacturing, INC., dba Vaughan Benz, Bryan Ashley International, Plaintiffs**

v.

**UNITED STATES, American Furniture Manufacturers Committee for Legal Trade, Vaughan–Bassett Furniture Company, Inc., Defendants–Appellees.**

No. 2015–1276.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2015.

Alexander Schaefer, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Hea Jin Koh.

Douglas Glenn Edelschick, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by Patricia M. McCarthy, Benjamin C. Mizer; Shana Ann Hofstetter, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

Prentiss Lee Smith, Jr., King & Spalding LLP, Washington, DC, argued for defendants-appellees American Furniture Manufacturers Committee for Legal Trade, Vaughan–Bassett Furniture Company, Inc. Also represented by James Michael Taylor, Joseph W. Dorn, Daniel Schneiderman.

O'MALLEY, REYNA, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**